IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

IN RE:     MELANIE GRACE CARR                              #12-30679-SHB
                                                          Chapter 13

## MOTION FOR ORDER DECLARING MORTGAGE LOAN CURRENT

The Chapter 13 Trustee having issued a Notice of Final Cure Payment to JPMorgan Chase Bank on November 9, 2015 per Federal Bankruptcy Rule 3002.1(f); and a response having been filed in agreement with the Notice as required by Federal Bankruptcy Rule 3002.1(g), the Chapter 13 Trustee pursuant to Federal Bankruptcy Rule 3002.1(h) hereby moves the Court for an Order declaring the mortgage loan serviced by JPMorgan Chase Bank current through the month of October 2015.

Respectfully submitted,

/s/Gwendolyn M. Kerney, w/perm rhr
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of this Motion for Order Declaring Mortgage Loan Current and Proposed Order have been serviced by electronic mail and/or by first class United States mail postage prepaid on the following individuals as addressed below this 30th day of November 2015.

      /s/Gwendolyn M. Kerney, w/perm rhr
      GWENDOLYN M. KERNEY, #07280
      Chapter 13 Trustee
      PO Box 228
      Knoxville, TN  37901
      (865) 524-4995

Melanie Grace Carr
P.O. Box 1296
Talbott, TN  37877-

Zachary S. Burroughs
Clark & Washington, LLC
408 S. Northshore Dr.
Knoxville, TN  37919-

United States Trustee
800 Market Street Suite 114
Knoxville, TN  37902

| | |
|---|---|
| JPMorgan Chase Bank<br>Chase Records Center Attn Correspondence<br>MAIL CODE LA4-5555 - 700 KANSAS LANE<br>Monroe, LA  71203- | JPMorgan Chase Bank, NA<br>3415 Vision Drive<br>Columbus, OH  43219 |
| Bonnie S. Culp<br>Shapiro & Ingle, LLP<br>10130 Perimeter Parkway, Ste. 400<br>Charlotte, NC  28216 | Kyle Stewart<br>Shapiro and Ingle, LLP<br>10130 Perimeter Parkway, Ste. 400<br>Charlotte, NC  28216 |